UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS MELARA, | ) | CASE NO. ED CV 17-00485-PA (PJW) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order Dismissing Complaint With Prejudice,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: October 20, 2017

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

S:\PA\Mag Cases\17-485 JUDGMENT.wpd